UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-40070 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | |
| IBRAHIM NASR IBRAHIM, | Conspiracy to Distribute a Controlled Substance |
| Defendant. | 21 U.S.C. §§ 841(a)(1) and 846 |

The Grand Jury charges:

Beginning at an unknown date and continuing to on or about the date of this Indictment, in the District of South Dakota and elsewhere, Ibrahim Nasr Ibrahim, did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

**FORFEITURE ALLEGATION**

1. The allegations contained in the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853.

2. Upon conviction of Count 1 of the Indictment, the Defendant, Ibrahim Nasr Ibrahim, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853, any money, firearms and

ammunition involved in the commission of the offense, including, but not limited to:

    a. a Glock 26 pistol, bearing serial number BEUR131;

    b. an Anadeo Rossia, .38 revolver, bearing serial number W328902; and

    c. a Windham, .223 rifle, bearing serial number WW020159,

all pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853.

A TRUE BILL:

**_Name Redacted_**

Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By: _[signature]_