```
  ALFFW          *        INMATE EDUCATION DATA      *      12-14-2023
  PAGE 001 OF 001 *              TRANSCRIPT          *      11:16:55

  REGISTER NO: 46867-509    NAME..: IBRAHIM              FUNC: PRT
  FORMAT.....: TRANSCRIPT    RSP OF: ALF-ALLENWOOD LOW FCI


  ---------------------------- EDUCATION INFORMATION ----------------------------
  FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
  ALF  ESL HAS    ENGLISH PROFICIENT            11-16-2022 1750 CURRENT
  ALF  GED HAS    COMPLETED GED OR HS DIPLOMA   11-16-2022 1751 CURRENT


  ---------------------------- EDUCATION COURSES ----------------------------
  SUB-FACL   DESCRIPTION                 START DATE   STOP DATE  EVNT AC LV  HRS
  ALF        ACE CRC JOB SURVIVAL:KEEP/ADV 11-28-2023 12-07-2023  P   C  P   1
  ALF        ACE CRC ELL TRAINING         11-28-2023 12-07-2023  P   C  P   1
  ALF        ACE CRC FROM PAROLE TO PAYROLL 11-28-2023 12-07-2023 P  C  P   3
  ALF        ACE CRC SOFT SKILLS IN WORKPLC 11-28-2023 12-07-2023 P  C  P   1
  ALF        S-ACT WORK KEYS              02-23-2023 08-30-2023  P   C  P   12
  ALF        S-FORKLIFT CERTIFICATION     06-15-2023 08-09-2023  P   C  P   4
  ALF        WATER BALANCE & DIGESTION    06-06-2023 06-20-2023  P   C  P   20
  ALF        ACE CRC WORK-LIFE BALANCE    06-20-2023 06-27-2023  P   C  P   1
  ALF        ACE CRC ENTREPRENEUR: OWN BOSS 06-20-2023 06-27-2023 P  C  P   1
  ALF        ACE CONSTRUCTION TRADES CLASS 04-11-2023 07-03-2023 P  C  P   20
  ALF        ACE COSMOS                   04-12-2023 07-03-2023  P   C  P   20
  ALF        ACE SINGLE MAN GOURMET       04-13-2023 07-03-2023  P   C  P   20
  ALF        WELLNESS LIBRARY COURSE      05-09-2023 05-23-2023  P   C  P   20
  ALF        S-FLAGGER CERTIFICATION      05-05-2023 05-19-2023  P   C  P   5
  ALF        NON-RESIDENTIAL DRUG PRG     02-02-2023 04-19-2023  P   C  P   18
  ALF        15 HOUR DRUG ABUSE EDUCATION 02-21-2023 02-21-2023  P   C  P   12
  ALF        EXERCISE PHYSIOLOGY (REC)    01-18-2023 01-18-2023  P   C  P   1




  G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
ALFFW   531.01 *                INMATE HISTORY              *       12-14-2023
PAGE 001 OF 001 *                  PT OTHER                 *       11:17:39

REG NO..: 46867-509 NAME....: IBRAHIM, IBRAHIM NASR
CATEGORY: PTO          FUNCTION: PRT          FORMAT:

FCL     ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
ALF     CR TH WAIT CRIMINAL THINKING WAIT         01-05-2023 0930 CURRENT
ALF     MON SM G W MONEY SMART GENERAL POP WAIT   12-08-2023 1022 CURRENT
ALF     OCP EDU W  OCCUPATIONAL EDUC WAITLIST     01-02-2023 1341 CURRENT
ALF     MON SM O W MONEY SMART OLDER POP WAIT     01-31-2023 1302 12-08-2023 1022
ALF     TALK DOC F TALKING WITH YOUR DOCTOR FAIL  09-25-2023 1300 09-25-2023 1538
ALF     TALK DOC P TALKING WITH YOUR DOCTOR PART  09-11-2023 1200 09-25-2023 1300
ALF     TALK DOC W TALKING WITH YOUR DOCTOR WAIT  12-28-2023 1330 09-18-2023 1557
ALF     ARTH FND C ARTHRITIS FOUNDATION WALK COMP 04-26-2023 1330 05-01-2023 1627
ALF     ARTH FND P ARTHRITIS FOUNDATION WALK PART 04-05-2023 1230 04-26-2023 1330
ALF     ARTH FND W ARTHRITIS FOUNDATION WALK WAIT 12-28-2023 1330 04-10-2023 1808
ALF     AGE BDY C  HEALTHY AGING BODY COMP        03-27-2023 1430 04-01-2023 1335
ALF     AGE BDY P  HEALTHY AGING BODY PART        03-06-2023 1330 03-27-2023 1430
ALF     AGE BDY W  HEALTHY AGING BODY WAIT        12-28-2023 1330 03-16-2023 1314
ALF     BRN HLTH C BRAIN HEALTH AS YOU AGE COMP   03-01-2023 1430 03-03-2023 1947
ALF     BRN HLTH P BRAIN HEALTH AS YOU AGE PART   02-08-2023 1330 03-01-2023 1430
ALF     BRN HLTH W BRAIN HEALTH AS YOU AGE WAIT   12-28-2023 1330 02-23-2023 1137
ALF     HTH WELL C HEALTH & WELLNESS LIFESPN COMP 01-25-2023 1430 02-01-2023 1640
ALF     HTH WELL P HEALTH & WELLNESS LIFESPN PART 01-11-2023 1330 01-25-2023 1430
ALF     HTH WELL W HEALTH & WELLNESS LIFESPN WAIT 12-25-2022 0830 01-11-2023 1330




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
  ALFFW  531.01 *              INMATE HISTORY              *      12-14-2023
PAGE 001 OF 001 *               WAITNG LST               *      11:17:58

  REG NO..: 46867-509 NAME....: IBRAHIM, IBRAHIM NASR
  CATEGORY: WLS          FUNCTION: PRT           FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
ALF    FPI 36M    HIRE EXCEPT-36 MTH OR < TO REL 09-14-2023 1130 CURRENT
ALF    JUMA       JUMA                         11-17-2023 1335 CURRENT
ALF    RAMADAN    WAIT LIST RAMADAN            01-04-2023 1407 CURRENT
ALF    SERVSAFEMG S-SERVSAFE MANAGER CERT      06-21-2023 1433 CURRENT




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```